THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael E.
 Ferrell, Appellant.
 
 
 

Appeal From Greenville County
 Alexander S. Macaulay, Circuit Court
 Judge
Unpublished Opinion No. 2010-UP-160
Submitted January 4, 2010  Filed February
 23, 2010
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; Solicitor Robert Mills Ariail, of Greenville, for
 Respondent.
 
 
 

PER CURIAM: Michael E. Ferrell appeals his convictions and
 sentences for kidnapping, armed robbery, and possession of a weapon.  On
 appeal, Ferrell argues the trial court erred in failing to suppress a showup
 identification by the victim.  After a thorough
 review of the record and counsel's brief, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's petition to be relieved.[1] 
APPEAL
 DISMISSED.  
SHORT,
 THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.